JPME

FILED
2008 MAY -1 AM 9:39

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. |
| Plaintiff, | ) | '08 MJ 1365 |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326; |
| **Jose Cruz GONZALEZ-Perez** | ) | Deported Alien Found in the United |
| | ) | States |
| | ) | |
| Defendant | ) | |
| | ) | |

BY: KMH DEPUTY

The undersigned complainant, being duly sworn, states:

On or about, **April 30, 2008**, within the Southern District of California, defendant, **Jose Cruz GONZALEZ-Perez** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF May **2008**.

UNITED STATES MAGISTRATE JUDGE

JPWC

**PROBABLE CAUSE STATEMENT**

I declare under penalty of perjury, the following is true and correct:

On April 30, 2008, the defendant identified as **Jose Cruz GONZALEZ-Perez** was arrested by the El Cajon Border Patrol after being found in the United States illegally near the Tecate, California Port of Entry. Border Patrol Agent (BPA) Evangelou while responding to a seismic sensor activation found three individuals trying to conceal themselves in the surrounding brush. Evangelou identified herself as a Border Patrol Agent and questioned each subject individually regarding their immigration status in the Untied States. GONZALEZ freely admitted to being a citizen and national of Mexico without the proper immigration documents allowing him to be in or remain in the United States legally.

Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint identification System (IAFIS) were utilized and compared with the defendant's fingerprints. The results confirmed the defendant's identity as Jose Cruz GONZALEZ-Perez, a citizen and national of Mexico with no legal right to remain or re-enter the United States. A search also revealed an IDENT alert to contact Immigration and Customs Enforcement (ICE) Special Agent Jacobsen. On April 30, 2008, at approximately 1400, the defendant was referred to ICE for further processing.

On this same date, at approximately 1616, SA Jacobsen read GONZALEZ his Miranda rights in the Spanish language. GONZALEZ said he understood his rights and agreed to answer questions without an attorney present. GONZALEZ admitted that he did not have immigration documents to enter or reside in the United States. GONZALEZ did not request permission from the Attorney General of the United States for readmission. GONZALEZ was born in Acapulco, Mexico and knew he was entering the United States illegally.

A review of the defendant's immigration record revealed that the defendant is a citizen of Mexico having been previously deported or removed from the United States to Mexico by an Immigration Judge on November 13, 2007, in Eloy, Arizona. Further queries indicate that the defendant has not applied for permission to re-enter the United States with the Attorney General of the United States or the Secretary of the Department of Homeland Security.