8

AO 455(Rev. 5/85) Waiver of Indictment

FILED

MAY 29 2008

BY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE CRUZ GONZALEZ-PEREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1738-BEN

I, JOSE CRUZ GONZALEZ-PEREZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER